Rachel R. Davidson, (State Bar No. 215517)
KIRKPATRICK & LOCKHART PRESTON
GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

David A. Bateman (pro hac vice)
Shaakirrah R. Sanders (pro hac vice)
KIRKPATRICK & LOCKHART PRESTON
GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Facsimile: (206) 370-6110

Attorneys for Plaintiff
Microsoft Corporation

Elise R. Vasquez (State Bar No. 201190)
ROPERS MEJESKI KONN BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
Clifton Crouse d/b/a Bizidealz
and Ginuwine Dealz

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>CLIFTON CROUSE d/b/a BIZIDEALZ and GINUWINE_DEALZ,<br><br>                Defendant. | Case No. C 06-06717 WHA<br><br>**STIPULATION AND ORDER FOR PERMANENT INJUNCTION** |

It is hereby stipulated by and between Plaintiff Microsoft Corporation and Defendant Clifton Crouse, through their designated counsel of record, that Defendant shall cease and refrain from engaging in any of the following activities, and from assisting, aiding, or abetting any other person or entity in engaging in or performing any of the following activities:

    a. engaging in the business of advertising, distributing, and selling counterfeit computer software, including programs covered by Microsoft's registered copyrights and bearing Microsoft's registered trademarks or imitations thereof;

    b. advertising and distributing counterfeit Microsoft software in interstate commerce on the Internet by using any Internet auction site, including eBay (www.ebay.com) and PriceGrabber (www.pricegrabber.com); and

    c. engaging in any other activity constituting an infringement of any of Microsoft's property rights, Registered or Unregistered Trademarks, servicemarks and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these property rights, trademarks, servicemarks, and/or copyrights.

The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed this Stipulation and Order for Permanent Injunction with them, and have the authority to bind their respective clients.

DATED: May 21, 2007    KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By   /s/
Rachel R. Davidson
Attorney for Microsoft Corporation

DATED: May 21, 2007    ROPERS MAJESKI KONN BENTLEY

By   /s/
Elise R. Vasquez
Attorney for Clifton Crouse

# ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED this 22nd day of May, 2007.

_____
The Honorable William H. Alsup
United States District Judge

*IT IS SO ORDERED — Judge William Alsup*

STIPULATION AND ORDER FOR PERMANENT INJUNCTION
Case No. C 06-06717 WHA

3

Printed on Recycled Paper