1  Rachel R. Davidson, (State Bar No. 215517)
   KIRKPATRICK & LOCKHART PRESTON
2  GATES & ELLIS LLP
   55 Second Street, Suite 1700
3  San Francisco, California 94105-3493
   Telephone: (415) 882-8200
4  Facsimile: (415) 882-8220

5  David A. Bateman (pro hac vice)
   Shaakirrah R. Sanders (pro hac vice)
6  KIRKPATRICK & LOCKHART PRESTON
   GATES & ELLIS LLP
7  925 Fourth Avenue, Suite 2900
   Seattle, WA 98104
8  Telephone: (206) 623-7580
   Facsimile: (206) 370-6110
9
   Attorneys for Plaintiff
10 Microsoft Corporation

11 Elise R. Vasquez (State Bar No. 201190)
   ROPERS MEJESKI KONN BENTLEY
12 1001 Marshall Street, Suite 300
   Redwood City, CA 94063
13 Telephone: (650) 364-8200
   Facsimile: (650) 780-1701
14
   Attorneys for Defendant
15 Clifton Crouse d/b/a Bizidealz
   and Ginuwine Dealz
16

17
                    **UNITED STATES DISTRICT COURT**
18
                    **NORTHERN DISTRICT OF CALIFORNIA**
19

20 MICROSOFT CORPORATION, a              ) Case No. C 06-06717 WHA
   Washington corporation,               )
21                                       ) **STIPULATION AND ORDER FOR**
                        Plaintiff,       ) **VOLUNTARY DISMISSAL WITH**
22                                       ) **PREJUDICE**
           v.                            )
23                                       )
                                         )
24 CLIFTON CROUSE d/b/a BIZIDEALZ and    )
   GINUWINE_DEALZ,                       )
25                                       )
                        Defendant.       )
26                                       )
                                         )
27

28

---

STIPULATION AND ORDER FOR VOLUNTARY         1                    Printed on Recycled Paper
DISMISSAL WITH PREJUDICE
Case No. C 06-06717 WHA

It is hereby stipulated by and between Plaintiff Microsoft Corporation and Defendant Clifton Crouse through their designated counsel of record, that the Complaint for Willful Copyright Infringement in Violation of 15 U.S.C. §§ 501, *et seq.*, Willful Trademark Infringement in Violation of 15 U.S.C. §§ 1114 *et seq.*, False Designation of Origin In Violation of 15 U.S.C. §§ 1125 *et seq.*, Constructive Trust, and Accounting in the above-entitled action be and hereby is dismissed, with prejudice, in its entirety pursuant to Rule 41 of the Federal Rules of Civil Procedure, including all claims and counterclaims against each party, and that each party shall bear its own costs and attorneys' fees.

The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed this Stipulation and Order for Voluntary Dismissal with Prejudice with them, and have the authority to bind their respective clients.

DATED: May 21, 2007                     KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By _____/s/_____
Rachel R. Davidson
Attorney for Microsoft Corporation

DATED: May 21, 2007                     ROPERS MAJESKI KONN BENTLEY

By _____/s/_____
Elise R. Vasquez
Attorney for Clifton Crouse

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED this _22nd_ day of May, 2007.

_____
The Honorable William H. Alsup
United States District Judge

*[Signature and seal: IT IS SO ORDERED / Judge William Alsup / United States District Court, Northern District of California]*

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE
Case No. C 06-06717 WHA

3

Printed on Recycled Paper